IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JEFFREY SCOTT LYBARGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-00731-CV-W-DGK |
| ) | |
| JOHN E. POTTER, ) | |
| ) | |
| Defendant. ) | |

O R D E R

This case has been assigned to me for the purpose of conducting a settlement conference. It is

ORDERED that a teleconference is set for 3:00 p.m., Tuesday, August 25, 2009. The attorneys shall meet prior to the teleconference, discuss the following issues, and be prepared to discuss any agreements reached on the following during the teleconference:

1. When the most appropriate time for settlement negotiations is likely to be;

2. The dates the parties are NOT available;

3. The key individuals in the case whose presence would be helpful at the settlement conference.

It is further

ORDERED that each party shall call my chambers at 816-512-5760 or 816-512-5774 by the close of business on August 24, 2009, and provide the names and telephone numbers of the individuals who will be participating in the teleconference.

*/s/ Robert E. Larsen*
　　　　　　　　　　　　　　　　　　　　　　　ROBERT E. LARSEN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Kansas City, Missouri
August 20, 2009